1

2

3

4

5

6

FILED

ENTERED

RECEIVED

SERVED ON

COUNSEL/PARTIES OF RECORD

SEP 2 2 2005

CLERK US DISTRICT COURT

DISTRICT OF NEVADA

BY:                              DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  RESOLUTION SETTLEMENT CORP.,        )
                                       )
8                Plaintiff,            )        CV-S-05-1144-JCM (GWF)
                                       )
9  vs.                                 )        **MINUTE ORDER**
                                       )
10 HAROLD S. HARTNESS, *et al.*,       )
                                       )
11               Defendants.           )
                                       )
12 _____ )

13

PRESENT: <u>HONORABLE JAMES C. MAHAN, U.S. DISTRICT JUDGE</u>

14

15 DEPUTY CLERK: <u>MICHAEL J. ZADINA</u>  REPORTER: <u>NONE APPEARING</u>

16 COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

17 COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

18 **TO ALL PARTIES REMOVING ACTIONS TO THIS COURT:**

19      You must, no later than fifteen (15) days from the date hereof, file and serve a signed

20 statement under the above case number and caption that sets forth the following information:

21      1.   The date(s) on which you were served with a copy of the complaint in the

22           removed action.

23      2.   The date(s) on which you were served with a copy of the summons.

24      3.   In removals based on diversity jurisdiction, the names of any served defendants

25           who are citizens of Nevada, the citizenship of the other parties and a summary of

26           defendant's evidence of the amount in controversy.

27      4.   If your notice of removal was filed more than thirty (30) days after you first

28           received a copy of the summons and complaint, the reason removal has taken

             place at this time and the date you first received a paper identifying the basis for

**3**

1    removal.

2    5.    In actions removed on the basis of the court's jurisdiction in which the action in

3    state court was commenced more than one year before the date of removal, the

4    reasons this action should not summarily be remanded to the state court.

5    6.    The name(s) of any defendant(s) known to have been served before you filed the

6    notice of removal who did not formally join in the notice of removal and the

7    reasons they did not.

**IT IS ORDERED** that all defendants who joined in the notice of removal may file the

8    statement required by the foregoing jointly.

9    **IT IS FURTHER ORDERED** that counsel shall have thirty (30) days within which to

10   file a Joint Status Report which must:

11   1.    Set forth the status of this action, including a list of any pending motions and/or

12   other matters which require the attention of this court.

13   2.    Include a statement by counsel of action required to be taken by this court.

14   3.    Include as attachments copies of any pending motions, responses and replies

15   thereto and/or any other matters requiring the court's attention not previously

     attached to the notice of removal.

16   **IT IS FURTHER ORDERED** that the removing defendant(s) shall serve a copy of this

17   Order on all other parties to the action no later than the time they file and serve a copy of the

18   Statement required by this Order.    A party who learns that the Statement(s) filed pursuant to this

19   Order contain(s) incorrect information shall promptly notify this court in writing.

20   **IT IS FURTHER ORDERED** that the date of the Clerk's file stamp shall constitute the

21   date of this order.

22

23

24                                                LANCE S. WILSON, CLERK

25   September 22, 2005                          By:___M. Todunc___

26                                                    Deputy Clerk

27

28

- 2 -