RONALD N. SEROTA, ESQ.
Nevada Bar No. 007904
2620 Regatta Dr., Ste. 102
Las Vegas, Nevada 89128
(702) 869-0099
FAX (702) 446-6071
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * * *

RESOLUTION SETTLEMENT CORPORATION, a Nevada Corporation,

    Plaintiff,

vs.

HAROLD HARTNESS, et al,

    Defendants.

CV-S-05-1144-JCM (GWF)

**JOINT STIPULATION TO DISMISS WITH ORDER**

## JOINT PROPOSAL TO DISMISS

The Parties by and through their counsel of record hereby jointly request the above entitled action be dismissed without prejudice. Both the Plaintiff and Defendants acknowledge that, at this time, to the best of their knowledge, this Court does not have personal jurisdiction over the named defendants in this action.

///

///

///

///

///

Accordingly, the Parties request the case be dismissed without prejudice at this time.

Respectfully submitted by:

Dated: September 30, 2005

*[signature]*

**RONALD N. SEROTA, ESQ.**
Nevada Bar No. 007904
2620 Regatta Dr., Ste. 102
Las Vegas, Nevada 89128
(702) 869-0099
FAX (702) 446-6071

Attorney for Plaintiff

Dated: October 5, 2005

*[signature]*

**MARY F CHAPMAN, ESQ.**
Nevada Bar No. 006591
7473 W. Lake Mead Blvd., Ste. 100
Las Vegas, Nevada 89128
(702) 562-1246
FAX (702) 562-1247

Attorney for Defendants

**IT IS SO ORDERED.**

*[signature]*

Federal District Court Judge

2